# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 DEC -9  AM 11: 15

DEPUTY CLERK __MS__

Ellen (Meng) Xia
Plaintiff

v.

Lina T. Ramey and Associates
Defendant

**3-21CV3072-L**

Civil Action No.

## COMPLAINT

I went through sexual harament by my supervisor and racial discrimination and hostile working environment in my previous firm. Examples of these workplace violations include:
a) Company didn't provide any employee manual to me
b) Company provided false promises to me (without fulfilling h1b transfer application and green card application);
c) Being told inappropriate jokes of a sexual nature;
d) Receiving unwanted glances, winks, and other inappropriate looks by supervisor William Martinez;
e) Being followed by supervisor William Martinez during the lunch time (Company should have video recording about his tracking behavior);
f) Placement of a small telescope with a black hair on the desk (I was the only employee at the time with black hair);
g) Invitations to one-on-one lunches with supervisor William Martinez, and on at least one occasion with supervisor William Martinez and the Vice President Phillip Hanley (a male with a senior position in the Company);
h) Invitation to consume alcohol with male coworkers during working hours;
i) Comments about my clothing and appearance, micromanaged my work and enlarged all my mistakes, ÿgossiped my privacy, and created a hostile working environment.
j) Supervisor William Martinez slapped me by a phone cable line with violence threatening;
k) Commentary against me as "Chinese Virus";

* Attach additional pages as needed.

| | |
|---|---|
| Date | December 8th, 2021 |
| Signature | Ellen Xia |
| Print Name | Ellen Xia |
| Address | 12484 Abrams Rd |
| City, State, Zip | Dallas, TX, 75243 |
| Telephone | 361-200-0832 |

## Additional complaint

l)  They made a violation deal during the interview, they will help me to go through the green card process, but I need to pay for the green card fees by myself. They broke the promise and bad mouth behind me, they made me hard to find a good job.

m)  Employer violate the employee rights and h1b laws, which they cannot lay off person in only 5 months without any clear notice, They never pay for me reasonable transportation fees and never send revoke letter to the USCIS. they never set up any milestone about performance improve, they only misled my work and isolated me and created all the low performance evidence,they bullied me and never told me that I am going to be laid off

n)  Failure to properly train me for the position; isolated me and blocked all the key design in the work.

o)  Consistently assigning me menial tasks while assigning more complex engineering tasks to other male coworkers;

p)  William Martinez and Samuel Tawil misled my work and transferred my work to the person who have relatives in that firm (manager played with favorites behaviors);

q)  Monitored my privacy life and controlled on me and trapped on me.

r)  Laid off me with no clear notice before;

s)  Bad reference and shared inaccurate rumors to other firms (defamation behaviors);

3-21CV3072-L

Case 3:21-cv-03072-L-BN   Document 3   Filed 12/09/21   Page 3 of 4   PageID 7

RECEIVED
DEC - 9 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ellen (Meng) Xia

**DEFENDANTS**
Lina T. Ramey and Associates

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
12484 Abrams RD, Dallas, TX 75243

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| | | | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | [x] 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
EEOC discrimination on sex and race and status.
Brief description of cause:
employment discrimination on sex and race and status, created a hostile working environment

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
144,410

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Dec 8th, 2021

SIGNATURE OF ATTORNEY OF RECORD: Ellen Xia

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

TO REUSE: Mark through all previous shipping labels and barcodes

ORIGIN ID:HNCA (855) 749-1737
TRAVELING MAILBOX, LLC
500 WESTOVER DR.
ATTN RETURNS BOX #77921
SANFORD, NC 27330
UNITED STATES US

SHIP DATE: 09DEC21
ACTWGT: 0.10 LB
CAD: 114675199/WSXI3400

BILL SENDER

TO: UNITED STATES DISTRICT COURT
1100 COMMERCE STREET, ROOM 1452

DALLAS TX TX 75242
(214) 753-2280

FedEx Express

FRI - 10 DEC 1:00P
THU - 09 DEC AA
PRIORITY OVERNIGHT
DSR

75242
TX-US
DFW

FedEx
TRK# 2872 7054 6895
XA KIPA

RECEIVED
DEC - 9 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Reusable

FedEx