**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ELLEN XIA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-3072-L-BN** |
| | § | |
| **LINA T. RAMEY AND ASSOCIATES** | § | |
| **and WILLIAM MARTINEZ,** | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM OPINION AND ORDER**

After traveling all the way to the United States Supreme Court, Plaintiff Ellen Xia ("Plaintiff" or "Ms. Xia") filed Plaintiff's Motion to Reopen Case for the Limited Purpose of Filing Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(b)(6) ("First Motion") (Doc. 75) on July 23, 2025; and also filed Plaintiff's Motion for Relief from Final Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) ("Second Motion") (Doc. 76) on July 24, 2025. The court **grants** the First Motion and **directs** the clerk of court to **reopen** this action for statistical purposes. The court **denies** the Second Motion.

**I.    Background**

Ms. Xia initially asserted claims of employment discrimination against Defendants. These claims were based on sex, race, status, and a hostile work environment. She also asserted additional claims related to her H-1B visa for promissory estoppel, fraud, defamation, and one directly under the H-1B statute.

This court granted Lina Ramey and Associates and William Martinez's Motion filed pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismissed this action with prejudice (Doc. 54) on April 17, 2023, and issued judgment against Ms. Xia on the same date (Doc. 55). Ms. Xia

**Memorandum Opinion and Order – Page 1**

appealed this court's judgment to the United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") on May 16, 2023 (Docs. 56, 57, and 58).  The Fifth Circuit affirmed this court's judgment on February 21, 2024 (Doc. 71).  She then filed a petition for writ of certiorari, and the United States Supreme Court denied the petition on October 7, 2024 (Doc. 74).

On July 25, 2025, the Honorable Magistrate Judge David Horan filed his Findings, Conclusions, and Recommendation ("Report"), recommending that this action be reopened for statistical purposes, concluding that Plaintiff's Rule 60(b)(6) Motion failed to establish "extraordinary circumstances" to grant the relief requested, and recommending that Ms. Xia's Rule 60(b)(6) Motion should, therefore, be denied.  Ms. Xia filed Plaintiff's Objections to the Magistrate Judge's Findings, Conclusions, and Recommendation (Doc. 79) on August 7, 2025.

## II.    Discussion

As previously stated, Plaintiff Xia filed her Second Motion pursuant to Rule 60(b)(6).  This part of Rule 60(b) provides as follows:

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> . . .
>
> (6) any other reason that justifies relief.

A motion under Rule 60(b)(6) must be filed "within a reasonable time . . . after the entry of the judgment or order or the date of the proceeding."  Fed. R. Civ. P. 60(c)(1).  The court determines that the Second Motion was timely filed.  As Magistrate Judge Horan aptly noted, "[R]elief under Rule 60(b)(6) is available only in 'extraordinary circumstances.'"  Report at 2 (quoting *Buck v. Davis*, 580 U.S. 100, 123 (2017) (citations omitted)).

**Memorandum Opinion and Order – Page  2**

Ms. Xia filed Plaintiff's Objections to the Magistrate Judge's Findings, Conclusions, and Recommendation (Doc. 79) on August 7, 2025. Her objections are numerous and cover some 18 pages. Defendants did not file a response to Plaintiff's Objections. After conducting a de novo review of Plaintiff's Objections, the court came to the conclusion that Plaintiff had not set forth sufficient or analogous authority for the court to conclude that extraordinary circumstances are present such that the relief she seeks under Rule 60(b)(6) would be warranted. Accordingly, the court **accepts** the Report of the Magistrate Judge, and the findings and conclusions therein are accepted as those of the court. The court **overrules** Plaintiff's Objections and **denies with prejudice** Plaintiff's Rule 60(b)(6) Motion (Doc. 76). The court **directs** the clerk of court to **reopen** this action for statistical purposes and then immediately **close** it.

It is so ordered this **31st** day of **March, 2026**.

Sam A. Lindsay
United States District Judge

**Memorandum Opinion and Order – Page 3**